# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Russell Alan Ragsdale (YOB: 1999) | ) ) ) ) ) | Case No. 3:24-MJ- 1085-BT |

**FILED**
**November 22, 2024**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  February 2, 2022  in the county of  Dallas  in the
Northern District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(3) | Possession of a Firearm by an Unlawful User of a Controlled Substance in and affecting Interstate and Foreign Commerce, to wit: a Glock 10mm Model 29 pistol with serial number BDHY729 |

This criminal complaint is based on these facts:

Please see attached affidavit in support of criminal complaint.

☑ Continued on the attached sheet.

*Complainant's signature*

FBI Special Agent Chad James Rogers
*Printed name and title*

Agent sworn and signature confirmed via reliable electronic means, pursuant to Fed. R. Crim. P. 4.1.

Date: November 22, 2024

*Judge's signature*

City and state:  Dallas, Texas    REBECCA RUTHERFORD, U.S. Magistrate Judge
*Printed name and title*

**COMPLAINT AFFIDAVIT**

I, Chad James Rogers, being first duly sworn, hereby depose and state as follows:

1.  I make this affidavit in support of a criminal complaint. Based on the facts alleged below, I have probable cause to believe that on or about February 2, 2022, Russell Alan Ragsdale ("RAGSDALE JR") has violated 18 U.S.C. § 922(g)(3) (possession of a firearm by an unlawful user of a controlled substance) in the Northern District of Texas, Dallas Division.

*November 2, 2024 Incident at the Victim Church*

2.  On the evening of November 2, 2024, Dallas Police Department ("DPD") officers responded to the Victim Church ("VC1") located in Dallas, Texas after receiving calls that Russell Alan Ragsdale ("RAGSDALE JR") was at the location with a firearm.

3.  According to the DPD investigation, review of surveillance footage from the VC1, and witness statements, RAGSDALE JR arrived at VC1 at approximately 5:00 p.m. on November 2, 2024, in a red 2016 Buick Encore bearing Texas license plate VRZ-7072. At that time, VC1 was holding mass with approximately 100 church members. At 5:05 p.m., RAGSDALE JR entered VC1 to attend the mass. At 5:07 p.m., RAGSDALE JR stood from his front row seat and approached the priest, embraced him, and kissed him on both cheeks. RAGSDALE JR handed the priest a note that said, "May peace be with you." After this interaction, RAGSDALE JR remained in the church until he exited around 5:13 p.m.

4.  At around 5:14 p.m., RAGSDALE JR opened his vehicle's trunk, put on a black and white poncho, and retrieved a rifle from the trunk. Between approximately 5:32 p.m. and 5:35 p.m., RAGSDALE JR closed the three gates to the VC1 parking lot. At 5:35 p.m., RAGSDALE JR attempted to re-enter VC1 with a rifle but could not gain access because the

parishioners locked the doors. Between 5:35 p.m. and 5:41 p.m., a parishioner talked to RAGSDALE JR outside VC1 after RAGSDALE JR had placed the rifle on the ground. At 5:41 p.m., DPD arrived and placed RAGSDALE JR into custody. The DPD arresting officer noted an odor of alcohol coming from RAGSDALE JR. DPD seized an American Tactical OMNI Hybrid Multi-Cal Rifle with serial number NS04070.

5. RAGSDALE JR's girlfriend was voluntarily interviewed by DPD at VC1. The girlfriend stated that RAGSDALE JR attended services at VC1, and that RAGSDALE JR owns multiple firearms. She also stated that RAGSDALE JR takes unknown medication to aid his sleep but he has not taken the medication in about 1 month.

6. VC1 is located approximately 500 feet from a high school. All roads leading in and out of the church parking lot have clearly marked road signs that show "SCHOOL" in yellow and a reduced speed limit of 20 miles per hour.

7. During the investigation, FBI agents learned about a murder case involving RAGSDALE JR in 2022.

*February 3, 2022 Homicide in Seagoville, TX*

8. RAGSDALE JR was arrested on February 3, 2022, by the Seagoville, Texas Police Department ("SPD") for 1st degree felony murder of Victim 1 ("V1") at a residence located in Seagoville, TX where RAGSDALE JR previously resided.

9. RAGSDALE JR and V1 were roommates at this Seagoville residence at the time of the homicide. When SPD arrived on scene on February 3, 2022, RAGSDALE JR informed officers that V1 attacked him, and he defended himself.

10. The following firearms were seized from RAGSDALE JR's residence on February 3, 2022:

   a. Glock 10mm Model 29 pistol with serial number BDHY729 ("FIREARM 1")

   b. Maverick Arms Model 85 shotgun with serial number MV0414490 ("FIREARM 2")

   c. DEL-TON Incorporated Model DTI-15 rifle with serial number B39025 ("FIREARM 3")

11. SPD officers also seized 1.78 grams of hallucinogenic mushroom from RAGSDALE JR's residence.

12. A Texas Department of Public Safety Crime Laboratory analyzed the seized mushroom and confirmed the presence of psilocin. Psilocin is a Schedule I controlled substance under section 102 of the Controlled Substances Act.

13. FBI agents received a recording of a 911 phone call that RAGSDALE JR placed on February 3, 2022, at 12:07 a.m. On the 911 call, RAGSDALE JR stated he had an altercation with V1 and as a result he shot V1 several times. RAGSDALE JR told the 911 operator, "I believe he's dead. There are firearms everywhere." The 911 operator asked RAGSDALE JR why V1 was bleeding and RAGSDALE JR replied, "I shot him many times." The Dallas County Medical Examiner's Office later determined that V1 was shot seven times by 5.56 rounds and one undetermined gunshot wound. RAGSDALE JR fired one 10mm round at V1 but missed. These two calibers match the calibers for FIREARMS 1 and 3. The Medical Examiner concluded that V1 died as a result of the rifle wounds.

*RAGSDALE JR's Unlawful Drug Use*

14. Pursuant to a search warrant issued in the Dallas County Court, DPD obtained data extraction of RAGSDALE JR's cellular phone seized on February 3, 2022. FBI agents received a copy of the extraction on November 7, 2024.

15. During the analysis, FBI agents discovered messages between RAGSDALE JR and his cousin showing a history of illegal drug use from at least November 2021 leading up to and on the night of the homicide on February 3, 2022. On the data extraction, these messages are timestamped in the Universal Time Coordinate ("UTC"), which is 6 hours ahead of the Central Time zone. For example, if the message was sent on February 2, 2022 at 10:00 p.m. UTC, it was sent on February 2, 2022 at 4:00 p.m. Central Time.

16. On February 2, 2022, RAGSDALE JR discussed with his cousin about buying more mushrooms. The cousin put RAGSDALE JR in contact with an individual believed to have supplied RAGSDALE JR with mushrooms on February 2, 2022. These messages, which took place between approximately 4:48 p.m. and 5:45 p.m. Central Time, are reproduced below:

```
From: 1000012564424143 Russell Alan Ragsdale Jr. (owner)
Timestamp: 2/2/2022 10:48:59 PM(UTC+0)
Source App: Facebook Messenger
Body:
No kidding it's supposed to snow Friday, and alsoooo i think I'm gonna trip tn 😁
------------------------------
From: 1000012564424143 Russell Alan Ragsdale Jr. (owner)
Timestamp: 2/2/2022 10:49:12 PM(UTC+0)
Source App: Facebook Messenger
Body:
Or Tomorrow, I haven't decided
------------------------------
```

Complaint Affidavit – Page 4

```
From: 100012564424143 Russell Alan Ragsdale Jr. (owner)
Timestamp: 2/2/2022 11:24:11 PM(UTC+0)
Source App: Facebook Messenger
Body:
Ik you said that batch isn't ready, but I would really like to trip tn if you can hook it up.
I'd need like 7 G's tho
------------------------------
From: 100012564424143 Russell Alan Ragsdale Jr. (owner)
Timestamp: 2/2/2022 11:24:27 PM(UTC+0)
Source App: Facebook Messenger
Body:
Bc I has some stuff hooked up locally but it fell thru
------------------------------
From: [redacted]
Timestamp: 2/2/2022 11:24:29 PM(UTC+0)
Source App: Facebook Messenger
Body:
I know a guy down here who sells
------------------------------
From: [redacted]
Timestamp: 2/2/2022 11:24:39 PM(UTC+0)
Source App: Facebook Messenger
Body:
He's down here tho
------------------------------
From: [redacted]
Timestamp: 2/2/2022 11:24:53 PM(UTC+0)
Source App: Facebook Messenger
Body:
I just don't have 7 rn
------------------------------
From: 100012564424143 Russell Alan Ragsdale Jr. (owner)
Timestamp: 2/2/2022 11:25:06 PM(UTC+0)
Source App: Facebook Messenger
Body:
How much would he run Me? And that's cool it'll just take me a while
------------------------------
From: 100012564424143 Russell Alan Ragsdale Jr. (owner)
Timestamp: 2/2/2022 11:25:17 PM(UTC+0)
Source App: Facebook Messenger
Body:
How much do you have? I can buy the lot
------------------------------
```

```
From: ▮
Timestamp: 2/2/2022 11:25:46 PM(UTC+0)
Source App: Facebook Messenger
Body:
I'm not sure actually I don't buy from him I get weed from him but he's got a variety I can give
you his info
------------------------------
From: ▮
Timestamp: 2/2/2022 11:26:02 PM(UTC+0)
Source App: Facebook Messenger
Body:
And sorry cuzz what I have is me and ▮ personal stash
------------------------------
From: ▮
Timestamp: 2/2/2022 11:26:08 PM(UTC+0)
Source App: Facebook Messenger
Body:
It's like 4 grand
------------------------------
From: ▮
Timestamp: 2/2/2022 11:26:12 PM(UTC+0)
Source App: Facebook Messenger
Body:
Grams*
------------------------------
From: 100012564424143 Russell Alan Ragsdale Jr. (owner)
Timestamp: 2/2/2022 11:26:24 PM(UTC+0)
Source App: Facebook Messenger
Body:
No worries cuzzo, gotta have some for the farmers
------------------------------
From: 100012564424143 Russell Alan Ragsdale Jr. (owner)
Timestamp: 2/2/2022 11:26:32 PM(UTC+0)
Source App: Facebook Messenger
Body:
And sure send me his info
------------------------------
```

```
From: 100012564424143 Russell Alan Ragsdale Jr. (owner)
Timestamp: 2/2/2022 11:26:44 PM(UTC+0)
Source App: Facebook Messenger
Body:
Do I just tell him what I need and who sent me?
------------------------------
From: [redacted]
Timestamp: 2/2/2022 11:27:39 PM(UTC+0)
Source App: Facebook Messenger
Body:
Just say hey my cousin [redacted] gave me your number I'm trying to get some mushrooms
------------------------------
From: [redacted]
Timestamp: 2/2/2022 11:28:16 PM(UTC+0)
Source App: Facebook Messenger
Body:
When you get to his place he will ask you to come in and he's got this big ass cabinet full of his shit
------------------------------
From: [redacted]
Timestamp: 2/2/2022 11:28:21 PM(UTC+0)
Source App: Facebook Messenger
Body:
It's really cute and organized
------------------------------
From: 100012564424143 Russell Alan Ragsdale Jr. (owner)
Timestamp: 2/2/2022 11:28:43 PM(UTC+0)
Source App: Facebook Messenger
Body:
Big bet, thanks cousin. And if y'all find yourself out here come by for a visit we'd love to see yall
------------------------------
From: [redacted]
Timestamp: 2/2/2022 11:28:57 PM(UTC+0)
Source App: Facebook Messenger
Body:
Of course 👋
------------------------------
```

```
From: 100012564424143 Russell Alan Ragsdale Jr. (owner)
Timestamp: 2/2/2022 11:43:23 PM(UTC+0)
Source App: Facebook Messenger
Body:
Do you know where this guy lives? 😳😂 he said head this way, but idk where this way is
------------------------------
From: 100012564424143 Russell Alan Ragsdale Jr. (owner)
Timestamp: 2/2/2022 11:43:37 PM(UTC+0)
Source App: Facebook Messenger
Body:
And I'm definitely doing the coco gig when I get home
------------------------------
From: 100012564424143 Russell Alan Ragsdale Jr. (owner)
Timestamp: 2/2/2022 11:43:47 PM(UTC+0)
Source App: Facebook Messenger
Body:
Lots of blanket burritos
------------------------------
From: ▮
Timestamp: 2/2/2022 11:44:53 PM(UTC+0)
Source App: Facebook Messenger
Body:
Ayeee I love that I'm smoking and watching movies with ▮ tonight
------------------------------
From: ▮
Timestamp: 2/2/2022 11:45:02 PM(UTC+0)
Source App: Facebook Messenger
Body:
▮ sending you the addy rn
------------------------------
```

17.   Below is the message exchange between RAGSDALE JR and the individual believed to have supplied RAGSDALE JR with mushrooms on February 2, 2022. The message exchange occurred from around 5:29 p.m. to 7:00 p.m. Central Time:

```
From: 
Timestamp: 2/2/2022 11:29:45 PM(UTC+0)
Source App: Native Messages
Body:
Yo
-------------------------------
(owner)
Timestamp: 2/2/2022 11:30:24 PM(UTC+0)
Source App: Native Messages
Body:
Yo, my cousin     gave me your number. I was looking for some shroomies
-------------------------------
From: 
Timestamp: 2/2/2022 11:37:02 PM(UTC+0)
Source App: Native Messages
Body:
Yes you can head this way.
-------------------------------
(owner)
Timestamp: 2/2/2022 11:38:05 PM(UTC+0)
Source App: Native Messages
Body:
Bet, can you send me the Addy and how much I need to bring. I need 7 G's
-------------------------------
(owner)
Timestamp: 2/2/2022 11:46:13 PM(UTC+0)
Source App: Native Messages
Body:
Nvm she just sent it. I'm omw
-------------------------------
From: 
Timestamp: 2/2/2022 11:46:28 PM(UTC+0)
Source App: Native Messages
Body:
Roger that.
-------------------------------
(owner)
Timestamp: 2/3/2022 12:49:31 AM(UTC+0)
Source App: Native Messages
Body:
Traffic was real bad, I'm about 5mins away. It's a late model maroon chevy pickup
-------------------------------
```

```
(owner)
Timestamp: 2/3/2022 12:49:31 AM(UTC+0)
Source App: Native Messages
Body:
Traffic was real bad, I'm about 5mins away. It's a late model maroon chevy pickup
-------------------------------
From: 
Timestamp: 2/3/2022 12:52:48 AM(UTC+0)
Source App: Native Messages
Body:
Park on the side.
-------------------------------
(owner)
Timestamp: 2/3/2022 12:56:58 AM(UTC+0)
Source App: Native Messages
Body:
I should be here, parked on the street on the side of the house
-------------------------------
From: 
Timestamp: 2/3/2022 1:01:51 AM(UTC+0)
Source App: Native Messages
Body:
Come through the side gate to the back door.
-------------------------------
(owner)
Timestamp: 2/3/2022 1:02:17 AM(UTC+0)
Source App: Native Messages
Body:
Alright heading there now
-------------------------------
```

18. Additional messages between RAGSDALE JR and another individual indicate a history of illegal drug use leading up to and on the night of February 2, 2022. Specifically, on or about February 2, 2022, between 8:29 p.m. and 8:41 p.m., RAGSDALE JR exchange messages with this person stating that he felt "potent" and that he took "2gs":

```
From: 84877f09-ce8f-4d6a-9ea9-a4177ac33180 RussellRagsdale (owner)
Timestamp: 12/30/2021 7:29:55 PM(UTC+0)
Source App: Snapchat
Body:
Aye, you make it home alright homie?
------------------------------
From: 
Timestamp: 12/30/2021 7:47:59 PM(UTC+0)
Source App: Snapchat
Body:
yessir
------------------------------
From: 84877f09-ce8f-4d6a-9ea9-a4177ac33180 RussellRagsdale (owner)
Timestamp: 12/30/2021 7:49:57 PM(UTC+0)
Source App: Snapchat
Body:
Alrighty, just making sure 🤞   thanks for coming by last night man
------------------------------
From: 
Timestamp: 12/30/2021 8:15:52 PM(UTC+0)
Source App: Snapchat
Body:
yessir preciate you having me
------------------------------
From: 84877f09-ce8f-4d6a-9ea9-a4177ac33180 RussellRagsdale (owner)
Timestamp: 12/30/2021 8:20:08 PM(UTC+0)
Source App: Snapchat
Body:
Ngl I'm probably gonna stick with the shroomies from now on 😂
------------------------------
From: 
Timestamp: 12/30/2021 8:20:42 PM(UTC+0)
Source App: Snapchat
Body:
did you even trip😂
------------------------------
From: 
Timestamp: 12/30/2021 8:20:48 PM(UTC+0)
Source App: Snapchat
Body:
off the dmt😂
------------------------------
```

```
From: 84877f09-ce8f-4d6a-9ea9-a4177ac33180 RussellRagsdale (owner)
Timestamp: 12/30/2021 8:21:27 PM(UTC+0)
Source App: Snapchat
Body:
Man I saw some funky stuff but I'm having a hard time recalling all of it
------------------------------
From: 84877f09-ce8f-4d6a-9ea9-a4177ac33180 RussellRagsdale (owner)
Timestamp: 12/30/2021 8:21:54 PM(UTC+0)
Source App: Snapchat
Body:
But it dead ass felt like when I came to, that I died for a sec there lmao
------------------------------
From: 
Timestamp: 12/30/2021 8:22:30 PM(UTC+0)
Source App: Snapchat
Body:
😂😂
------------------------------
From: 
Timestamp: 12/30/2021 8:22:51 PM(UTC+0)
Source App: Snapchat
Body:
it's the drug that your body released into your body when you die
------------------------------
From: 
Timestamp: 12/30/2021 8:22:59 PM(UTC+0)
Source App: Snapchat
Body:
so it kind of is a death experience
------------------------------
From: 84877f09-ce8f-4d6a-9ea9-a4177ac33180 RussellRagsdale (owner)
Timestamp: 12/30/2021 8:26:20 PM(UTC+0)
Source App: Snapchat
Body:
Well I've been knocked unconscious enough to know, that shit felt real familiar 😂
------------------------------
From: 
Timestamp: 12/30/2021 8:26:31 PM(UTC+0)
Source App: Snapchat
Body:
😂😂
------------------------------
```

```
From: 84877f09-ce8f-4d6a-9ea9-a4177ac33180 RussellRagsdale (owner)
Timestamp: 1/26/2022 12:59:01 AM(UTC+0)
Source App: Snapchat
Body:
I'm prowling for shroomies rn 😂
-------------------------------
From:
Timestamp: 1/26/2022 3:03:22 AM(UTC+0)
Source App: Snapchat
Body:
facts lmao
-------------------------------
From:
Timestamp: 1/26/2022 3:03:43 AM(UTC+0)
Source App: Snapchat
Body:
ima take some shroomies this weekend
-------------------------------
From: 84877f09-ce8f-4d6a-9ea9-a4177ac33180 RussellRagsdale (owner)
Timestamp: 1/26/2022 4:49:30 AM(UTC+0)
Source App: Snapchat
Body:
Have fun homie 😎
-------------------------------
From:
Timestamp: 1/26/2022 10:50:20 AM(UTC+0)
Source App: Snapchat
Body:
yessirrr
-------------------------------
```

```
From: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Timestamp: 2/3/2022 2:29:16 AM(UTC+0)
Source App: Snapchat
Body:
niceee
------------------------------
From: 84877f09-ce8f-4d6a-9ea9-a4177ac33180 RussellRagsdale (owner)
Timestamp: 2/3/2022 2:40:48 AM(UTC+0)
Source App: Snapchat
Body:
The feel potw
------------------------------
From: 84877f09-ce8f-4d6a-9ea9-a4177ac33180 RussellRagsdale (owner)
Timestamp: 2/3/2022 2:41:14 AM(UTC+0)
Source App: Snapchat
Body:
Potent lol, I took 2gs
------------------------------
From: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Timestamp: 2/3/2022 4:25:17 AM(UTC+0)
Source App: Snapchat
Body:
niceee
------------------------------
```

19. On February 3, 2022, at approximately 3:15 a.m. Central Time, SPD conducted a recorded interview of V1's friend. In this interview, the friend described receiving a phone call from V1 earlier in the night, in which V1 stated that he consumed mushrooms with RAGSDALE JR. Approximately 30 minutes after the call with V1, the friend called RAGSDALE JR around 12:09 a.m. on February 3, 2022. During this call, RAGSDALE JR stated that he shot V1.

20. On November 13, 2024, SPD informed FBI agents that FIREARM 2 was released to RAGSDALE JR on May 9, 2024, and FIREARMS 1 and 3 were released to RAGSDALE JR on May 15, 2024. The FIREARMS were returned to RAGSDALE JR after the murder case was dismissed and the Dallas County District Judge ordered the FIREARMS returned to RAGSDALE JR.

21. Since the date that the FIREARMS were returned, RAGSDALE JR primarily lived with his father RAGSDALE SR at a residence in Dallas, Texas. DPD officers, who have been actively surveilling RAGSDALE JR since the November 2, 2024 incident at VC1, observed RAGSDALE JR at the residence on numerous occasions.

*Search Warrant at the RAGSDALE SR Residence*

22. On November 21, 2024, a court-authorized search warrant was executed at RAGSDALE SR's residence in Dallas, Texas. Among numerous other firearms, FBI Agents seized FIREARM 1.

23. On November 21, 2024, an ATF interstate nexus expert examined FIREARM 1 for the purposes of determining classification under Title 18 United States Code Chapter 44 and whether it moved in interstate or foreign commerce. The examination revealed FIREARM 1 was not manufactured in the State of Texas, therefore traveled in interstate commerce before RAGSDALE JR possessed the firearm.

Respectfully submitted,

_____
Chad James Rogers
Special Agent
Federal Bureau of Investigation

Agent sworn and signature confirmed via reliable electronic means, pursuant to Fed. R. Crim. P. 41(d)(3). on November 22, 2024

_____
REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE

**Complaint Affidavit – Page 15**